**No. 09-8823. Michael McNeill, Petitioner v. Officer 1st Mr. Germany, et al.**

559 U.S. 1040, 130 S. Ct. 2068, 176 L. Ed. 2d 419, 2010 U.S. LEXIS 2804.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 549.